**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Julio Cesar Mendoza Chavez | Case No.: 1:26-cv-00271 |
| Petitioner, | |
| v. | **JUDGE S. MAURICE HICKS, JR.** |
| BRIAN ACUNA ET AL | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |
| Respondents. | |

## ORDER

Considering the Petitioner's Motion to Voluntarily Dismiss Habeas Petition,

**IT IS ORDERED** that the petition for habeas corpus is hereby **DISMISSED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 4th day of March, 2026.

_____
US DISTRICT COURT JUDGE

Respectfully submitted,

*/s/Logan Duplessis*
Logan Duplessis
Rozas and Associates
7967 Office Park Blvd
Baton Rouge, LA 70809
(225) 341-6945
logan.duplessis@rozaslaw.com